

```
 1                UNITED STATES DISTRICT COURT

 2        CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

 3          HONORABLE GEORGE H. WU, U.S. DISTRICT JUDGE

 4

 5   OLIVIA LEE,

 6                 Plaintiff,

 7       vs.                          Case No. CV 20-4659-GW

 8   NASTYGAL.COM USA, INC.,

 9                 Defendants.
     _____/
10

11   HAYA HILTON,

12                 Plaintiff,
                                      Case No. CV 20-4658-GW
13       vs.

14   PRETTYLITTLETHING.COM USA, INC., et al

15                 Defendant.
     _____/
16
     FARIH KHAN,
17
                   Plaintiff,
18                                    Case No CV 20-3332-GW

19       vs.

20   BOOHOO.COM USA, INC., et al,

21                 Defendant.
     _____/
22

23                         * * *

24

25
```



1                    REPORTER'S TRANSCRIPT OF
                      STATUS CONFERENCE

2              MONDAY, DECEMBER 28, 2020
                    8:30 A.M.

3              LOS ANGELES, CALIFORNIA

10     _____

11          TERRI A. HOURIGAN, CSR NO. 3838, CCRR
              FEDERAL OFFICIAL COURT REPORTER

12          350 WEST FIRST STREET, ROOM 4311
           LOS ANGELES, CALIFORNIA  90012

13              (213) 894-2849

UNITED STATES DISTRICT COURT

1                    **APPEARANCES OF COUNSEL:**

2

3  **FOR THE PLAINTIFF:**

4      AI LAW PLC
        BY:  AHMED I. IBRAHIM

5       Attorney at Law
        4343 Von Karman Avenue, Suite 250

6       Newport Beach, California  92660
        aibrahim@ailawfirm.com

7

       ALMADANI LAW

8       BY:  YASIN M. ALMADANI
        Attorney at Law

9       14742 Beach Boulevard, Suite 410
        La Mirada, California  90638

10      yma@lawalm.com

11

  **FOR THE DEFENDANT:**

12

       EVERSHEDS SUTHERLAND US LLP

13      BY: RONALD W. ZDROJESKI
        Attorney at Law

14      1114 - 6th Avenue, 40th Floor
        New York, New York 10036

15      ronzdrojeski@eversheds-sutherland.com

16      EVERSHEDS SUTHERLAND US LLP
        BY:  IAN SCOTT SHELTON

17      Attorney at Law
        500 Capitol Mall Suite 1750

18      Sacramento, California  95814
        IanShelton@eversheds-sutherland.com

19

20

21

22

23

24

25

**UNITED STATES DISTRICT COURT**

1       **LOS ANGELES, CALIFORNIA; MONDAY, NOVEMBER 30, 2020**

2                           **8:30 A.M.**

3                           --oOo--

4

5

6           THE COURT:  Let me call the matters of *Khan versus*

7   *Boohoo.com, Hilton versus Prettylittlething.com, and Lee versus*

8   *NastyGal.com.*

9                   For the plaintiff, we have?

10          MR. ALMADANI:  Good morning, Your Honor.  Yasin

11   Almadani for the plaintiff, and I'm joined by my co-counsel,

12   Ahmed Ibrahim.

13          THE COURT:  All right.

14          MR. IBRAHIM:  Ahmed Ibraham, Your Honor.  I

15   represent plaintiffs, Your Honor.

16          THE COURT:  I know, and for the defense?

17          MR. ZDORJESKI:  Ron Zdorjeski, together with my

18   colleague, Ian Shelton, for the defendant.

19          THE COURT:  I finally took a look at the joint

20   status report.  And let me ask, at this point in time, I

21   presume the plaintiff actually hasn't filed any discovery

22   requests, have they?

23          MR. ALMADANI:  We have not, we have not filed any

24   discovery requests.

25          THE COURT:  Insofar as the discovery regarding

1  personal jurisdiction is concerned, this is what I will do, I

2  will require that the -- I presume that the plaintiffs can file

3  a set of both requests for production of documents and

4  interrogatories and request for admissions by January the 5th,

5  and I will require the --

6          MR. ALMADANI:  I apologize, Your Honor, I thought

7  you were asking me.  Yes, we can do that.  We can do it earlier

8  also.

9          THE COURT:  In that case, I will require you to do

10  it by December the 30th.  Is that -- can you get it done by

11  Wednesday?

12          MR. ALMADANI:  Yes, Your Honor.

13          THE COURT:  Okay, so by December the 30th, and the

14  defendants will have up until February 3rd to file their --

15  well, actually, I will do it in two parts.

16                  I will require the defendants to file -- if

17  they have objections to any of those discovery requests, those

18  objections have to be filed by January the 15th, but the

19  production of responses, if they are affirmative responses,

20  then those responses themselves can be provided to the

21  plaintiff's counsel by February the 2nd.

22                  And I will give the plaintiffs -- was it

23  agreed upon that there would be five requests for admissions,

24  and there is a dispute as to the number of interrogatories and

25  the number of requests for production of documents.

1          I guess the plaintiff is saying that they want

2  ten each of those; is that correct?

3          MR. ALMADANI:  Yes, Your Honor.  And we cited a

4  number of cases that support that.

5          THE COURT:  All right.  I will give you ten of

6  those.

7              This is the question I have, however, the

8  request for admission -- normally, at least when I was

9  practicing, when they would file requests for admissions, they

10  would have an interrogatory that would accompany it and say,

11  unless your answer is either yes or no, state each fact upon

12  which you are basing this response, or your responses.

13              Does the plaintiff intend to do that?

14          MR. ALMADANI:  Yes, Your Honor.  For the request for

15  admission that require that -- I believe that we would have one

16  interrogatory that would address that issue.

17          THE COURT:  Okay.  So when you say "ten," I presume

18  that that includes those five; is that correct?

19          MR. ALMADANI:  Well, Your Honor, the way that I have

20  done it -- and I can do it any way the Court wants me to -- but

21  the way I have done it in the past is for any request for

22  admission that is, you know, not admitted in full, please

23  provide the reasoning or whatever, you know, the standard form,

24  but what I have done is I have done one interrogatory that

25  covers all five.

 1          THE COURT:  All right.  I just want to make sure

 2   that both sides understand the way you are doing it.  I don't

 3   care one way or the other, so that would be fine.

 4                  There would be one interrogatory that would

 5   cover that, and then nine others that would cover other topics,

 6   all right.

 7                  Then insofar as if objections are filed, and

 8   that would be by the dates that I have indicated, I want the

 9   parties to meet and confer telephonically no later than January

10   the 25th.

11                  And by February the 5th, if you can't resolve

12   it by that point in time, I want the parties to file a single

13   document which would be the statement of the discovery disputes

14   at that point in time.

15                  That single document would be filed by

16   February the 5th, and I will hold a hearing on that on February

17   the 11th.

18                  And then the jurisdictional discovery would

19   end on March the 19th.  The cross motions in regards to

20   personal jurisdiction -- and it would be by cross motions --

21   both sides I think understand what the issues are at this point

22   in time, so both sides will file cross motions on that by April

23   the 1st.

24                  The initial brief would be no more than 12

25   pages, and then the cross response would be filed by April

1    the 12th, and that cross response will be no more than nine

2    pages, and the hearing would be on April the 22nd.

3              Now, insofar as the depositions are concerned,

4    it's my understanding that the plaintiff wants three

5    depositions, Mr. Catto, Ms. McGonagle -- is that how you

6    pronounce her name?

7              MR. ALMADANI:  Yes, Your Honor.

8              THE COURT:  It is like what's her name in the Harry

9    Potter books?

10              MR. ALMADANI:  Correct, Your Honor.

11              THE COURT:  Okay.  So Ms. McGonagle, and also then a

12    30(b)(6).

13              Let me ask defense counsel, I understand

14    defense counsel's objections, but seriously, Mr. Catto

15    submitted a declaration.  The defense elected to have him

16    proffer a declaration, so I don't understand the major

17    objections to having him deposed since he filed a declaration.

18              As to Ms. McGonagle, she's in this country so

19    it's no big deal to have her disposed, the 30(b)(6) is kind of

20    standard.

21              Now, obviously, insofar as the 30(b)(6), the

22    defense can designate, if Mr. Catto is deposed, they can

23    designate him as a 30(b)(6) or they can designate

24    Ms. McGonagle as a 30(b)(6) or somebody independent for a

25    30(b)(6), it doesn't make that much difference.

```
 1              But insofar as Mr. Catto is concerned, I don't
 2   understand the strenuous objection that the defense has for
 3   taking his deposition by way of video with him in England and
 4   everybody else being here, I --
 5              MR. ZDORJESKI:  This is Ron Zdorjeski for the
 6   defendants.  May I be heard on that?
 7              THE COURT:  Sure.
 8              MR. ZDORJESKI:  Your Honor, following our conference
 9   last week, we indeed had suggested to the plaintiffs two
10   things:  One, that we would agree -- as long as the Court would
11   note our objection -- we would agree the production of
12   Mr. Catto to a remote video deposition so long as that video
13   deposition followed the conclusion of the other discovery,
14   believing that the conclusion of the other discovery would
15   allow any deposition discovery to be suitably narrow consistent
16   with the limitations because it's merely for establishing
17   personal jurisdiction.
18              THE COURT:  All right.  Let me ask plaintiff's
19   counsel, any problem with that?
20              MR. ALMADANI:  No, Your Honor.  We don't have any
21   problem with that.
22              THE COURT:  Let me also ask this question,
23   gentlemen, is there going to be then three depositions or is
24   there going to be only two or how have you decided to do that?
25              MR. ZDORJESKI:  Well, if I could be heard again,
```

1   Your Honor.

2                    What we had suggested, and we indicated to the

3   plaintiff, it would be our intention to educate Mr. Catto,

4   because he could perform the functions of a 30(b)(6) deponent,

5   we made them aware of that.

6                    We're not really clear why it would be

7   necessary for purposes of establishing jurisdiction, why it's

8   necessary to take a deposition of Ms. McGonagle.

9                    We think that Mr. Catto, in his individual and

10  30(b)(6) capacity should be sufficient, but, you know,

11  obviously the Court has the discretion to order an additional

12  deposition, if necessary.

13        THE COURT:  Well, let me ask the plaintiffs, why do

14  you want to depose Ms. McGonagle for purposes of personal

15  jurisdiction?

16        MR. ALMADANI:  Sure, Your Honor.  What we offered to

17  defendants was the ability to designate Mr. Catto or

18  Ms. McGonagle for 30(b)(6), and, you know, to encompass their

19  wish so we could limit the depositions to two, but couldn't get

20  the Court's question on Ms. McGonagle.

21                   Mr. Catto has offered a number of statements,

22  and we juxtaposed that in our briefing on page 5, where

23  Ms. McGonagle would state what her position would be, which is

24  the U.S. marketing director of Boohoo, PLC, which is the

25  company that we're saying the Court has jurisdiction over.

1          On top of that, the defendants then, you know,

2     made their unilateral filing, Your Honor.

3          Again, what is happening here, a lot of these

4     -- and it is in our Exhibit P in our opposition, Your Honor,

5     which included a number of other employees who have been saying

6     that they are employees of Boohoo PLC.

7          So in terms of Ms. McGonagle, she happens to

8     be a current Boohoo PLC employee.  She happens to characterize

9     herself as a U.S. marketing director for Boohoo PLC.

10         This is a false marketing false pricing case.

11    I think she is absolutely a key witness here in terms of

12    determining jurisdiction over Boohoo PLC when she says she

13    works for Boohoo PLC, and the people that she reports to and

14    the people that report to her and what they do.

15         All of this is fair game here, Your Honor, and

16    it impeaches what Mr. Catto is telling this Court.  There are a

17    number of public documents, including --

18         THE COURT:  Let me stop you, you are repeating

19    yourself.  That is all in your papers, all right.

20         This is what I will do, I will allow you to

21    depose Ms. McGonagle, only on the issues in regard to -- at

22    least initially, only on the issue of personal jurisdiction.  I

23    will limit her deposition to no more than two hours.

24         MR. ZDORJESKI:  Your Honor, can I ask the Court's

25    indulgence for two points?

1          THE COURT:  Sure.

2          MR. ZDORJESKI:  Your Honor, one, is we did indeed

3    make a supplemental filing and part of that supplemental filing

4    in error, which was pointed out us by plaintiffs, we

5    represented that Ms. McGonagle was first mentioned in the joint

6    report.

7               That was incorrect, and we regret having made

8    that representation to the Court.

9               When it was called to our attention, I spoke

10   to Mr. Almadani and apologized.  I apologized again to him and

11   to the Court for having made that error.

12              Secondly, Judge, as you know, I am not a

13   regular practitioner before this Court or Your Honor, but it is

14   my understanding in other Federal Courts with which I have

15   practiced regularly, that the parties are under a continuing

16   duty to meet and confer which would narrow the issues that we

17   have to face before the Court.

18              And in this particular instance, after last

19   week's conference we made the offer that I indicated earlier to

20   the plaintiffs in an effort to try to resolve the discovery

21   dispute around jurisdictional discovery, and we were not able

22   to reach an agreement.

23              In other instances in other Courts, when such

24   a thing has happened, I would customarily file a notice

25   explaining what the offer was and what the status was to

1    further assist the Court.

2              However, the -- I guess, it's been

3    emphatically emphasized to me that the Court does not want

4    multiple filings and does not want unilateral filings.  I have

5    no desire to antagonize the plaintiffs or the Court, but I do

6    want to be sure that I'm doing what I can to efficiently handle

7    the case.

8              Can I ask the Court how it would have us

9    handle such an issue in the future?

10             THE COURT:  Well, this one, because of the fact --

11   normally frankly, discovery disputes I would send to the

12   magistrate judge.  But the problem is that there is a question

13   here of timing, and we have already discussed a lot of the

14   stuff already.  So that is the reason why basically I'm getting

15   involved, because I think it's quicker, and because in the end,

16   even if the magistrate judge makes a determination one way or

17   the other, an unhappy party can always come to the Court and

18   the Court can review it.

19             Although, obviously, if it's on a -- I guess a

20   requested review of a magistrate judge's determination on

21   discovery, technically the Court's review would be more limited

22   in that situation because of the federal rules.

23             But in this particular situation, I'm already

24   familiar with the case.  I'm already familiar with pretty much

25   what you are talking about so my feeling is let's just get it

1     done.  I think it would be faster in the long run for me to do

2     what I have done here than to go back and forth.

3                    So generally, I have no problem with the

4     parties -- obviously, the parties are supposed to discuss

5     everything in regards to disputed matters before they either

6     approach the Court or the Judge or the Magistrate Judge, but

7     here we have already discussed it, and the cat is out of the

8     bag, so to speak, so I'm doing it this way.

9                    But technically you could meet and confer and

10    if you can't resolve it, file something, if it's discovery

11    matter, with the Magistrate Judge.

12                   Does that answer your question?

13         MR. ALMADANI:  Your Honor, if I may, this is Yasin

14    Almadani.

15                   The Court has already indicated an answer to

16    Mr. Zdorjeski's question, but everything that Mr. Zdorjeski

17    says, there is a lot in there that wasn't included --

18         THE COURT:  Let me stop you guys, let me stop both

19    of you.  Both of you should realize by now that, you know,

20    frankly, I'm so busy I can't remember a lot of stuff, so

21    because you are involved specifically in your case, you think

22    that, oh, the Court is going to remember I said this, or the

23    Court is going to think I did this, et cetera, et cetera, but

24    frankly, I have very little recollection.

25                   Once I finish talking with you, I will have no

```
 1   recollection of basically what I said to you, other than what
 2   is contained in the record, which is what my reporter is
 3   currently putting down at this point in time.  So you don't
 4   have to worry about things I would refer to as water under the
 5   bridge.
 6                  I presume both sides are acting in good faith,
 7   et cetera, et cetera, and the faster we can get this thing
 8   resolved, the happier everybody is going to be.
 9            MR. ZDORJESKI:  But, Your Honor --
10            MR. ALMADANI:  This is Yasin Almadani --
11            THE COURT:  Let me stop both sides.  You guys are
12   talking over each other.
13                  I left it off last time with plaintiff's
14   counsel.  Let me ask plaintiff's counsel, is there anything
15   else you want to add at this point?
16            MR. ALMADANI:  Yes, Your Honor.  That is what I was
17   trying to bring up.
18                  The substance of it, Your Honor, we really
19   appreciate Your Honor granting us two hours with Ms. McGonagle
20   but we believe that Ms. McGonagle is going to have more
21   information than what two hours would cover.  We would
22   appreciate one extra hour.
23            THE COURT:  No.  You get two hours.  However, if
24   there are a lot of objections and things of that sort during
25   the course of the deposition which renders your two hours more
```

1 or less illusory, then you can come back to me and give me a

2 copy of the transcript, and I will take a look at it.

3            If I find that the defense counsel has raised

4 too many objections or if the deponent had five-minute moments

5 of silence where she's trying to recollect something, then I

6 might say yes, you know, it was problematic.

7            But frankly, if you prepare adequately, it

8 seems to me you are going to get the materials -- the

9 production of documents, et cetera, before the deposition

10 anyway.

11           So, you know, and again, let's not make it

12 harder than it is.  Sometimes attorneys feel, oh, if I

13 approached it the round-about way, then I might be able to get

14 something more, but frankly, you know, I presume everybody is

15 acting in good faith, and I presume her answers will be what

16 they are.

17           But if something happens, then you can come

18 back to me.  But otherwise, no, you are only going to get two

19 hours.

20           Let me ask insofar as Mr. Catto is concerned,

21 however, how many hours are you talking about?

22      MR. ALMADANI:  Well, Your Honor, we were -- we voted

23 to depose him for the seven hours that is available, and then

24 in terms of the 30(b)(6) deposition, Your Honor, we do have to

25 cover a lot of ground, so we would need seven hours for that.

1   Now, if they are going to designate --

2           THE COURT:  No, no, no.  Again, this is personal

3   jurisdiction.  I can't imagine what you are going to be talking

4   about with him for seven hours.

5           MR. ALMADANI:  Well, Your Honor, it's been my

6   experience that sometimes deponents need to be chased a lot

7   because you are -- you don't have a judge with you, so there

8   are objections being made and a lot of time is taken.  I'm not

9   saying that is what is going to happen here, but this has been

10  my experience with 90 percent of the depositions.

11              Sometimes the witness is nonresponsive, so I

12  have to ask him the question again six different times for them

13  to give any sort of responsive answer.

14          THE COURT:  No.  This is what I'm doing, I'm going

15  to give you six hours with him on personal jurisdiction stuff.

16              Again, the same thing, if you come back, and

17  you know, I come to the conclusion that you haven't wasted your

18  time, but either he's been obstreperous or whatever, then I

19  might give you more time, and I will impose a cost on that to

20  the defense.

21              But if I conclude that you asked a lot of

22  questions which are just repetitious, or I don't see the value

23  of those, then I'm not going to give you any additional time.

24              But again, six hours is a lot of time.  That

25  is like two Harry Potter movies.

1          MR. ALMADANI:  That will work, Your Honor.

2               And then in terms of the 30(b)(6), just so

3   we're clear for the record, Your Honor.

4          THE COURT:  No, I'm giving you six hours for both.

5   In other words, he's going to be your 30(b)(6) witness so you

6   are going to cover both areas.  Obviously, the 30(b)(6) topics

7   are the ones which Mr. Catto is going to be talking about

8   anyway given the nature of his declaration.

9               So, again, six hours, that should be plenty of

10  time, because again, this is only on the personal jurisdiction

11  aspect of it.

12         MR. ALMADANI:  Yes, Your Honor.  We understand, we

13  will make it work.

14              If there is an issue, we will come before you.

15         THE COURT:  Let me ask defense counsel, anything you

16  want to add?

17         MR. ZDORJESKI:  Two things, Your Honor.  One, is we

18  do believe for purposes of production of documents that we need

19  a protective order in place.  I just want to make a note of

20  that.

21              And secondly, Your Honor, as we filed our

22  papers, we are agreeing to these dates in good faith believing

23  that we can do what is necessary.

24              However, in light of the pandemic and the

25  situation in England, if we, in good faith, believe that we're

1   not going to be able to meet these obligations, we intend to

2   come back to the Court to bring that to the Court's attention

3   at that time.

4            But at this point in time, I want to be clear,

5   we believe that we can meet these obligations.

6            THE COURT:  Sure.  I understand that.

7            And again, you know, if you give me proof that

8   there is some impediment that is beyond your control and beyond

9   your client's control, obviously, I mean, everybody has to be

10  flexible these days, I understand that.  It would be not a

11  problem so long as you have the evidentiary basis for any

12  presentation to the Court.

13           Now, one last thing, the class certification

14  time table I gave you last time, I'm going to alter that

15  because obviously it's going to take more time, but I'm not

16  going to give you the time you want because that is too much

17  time.

18           The motion for class certification will be

19  filed by July 1st.

20           The opposition will be filed by July 30th.

21           And the reply by August 16th, and the hearing

22  on August 30th.

23           MR. ALMADANI:  This is Yasin Almadani for

24  plaintiffs.  May I be heard on that?

25           THE COURT:  Sure.

1          MR. IBRAHIM:  Your Honor, the reason why we moved

2     the time table out, and my co-counsel, Mr. Almadani can

3     elaborate a little more, but Mr. Almadani, he is starting a

4     trial in early June, and we expect it to go about two or

5     three weeks.

6          THE COURT:  Let me ask, who is this in front of --

7     the trial?

8          MR. IBRAHIM:  This is in front of --

9          MR. ALMADANI:  This is front of Judge Snyder, Your

10    Honor, I can give the Court an exact date.

11         THE COURT:  Is it going to be a jury trial or Court

12    trial?

13         MR. ALMADANI:  It's going to be a jury trial, Your

14    Honor.  And I believe it can go two weeks, it may actually end

15    up going three because it's consolidated case with another

16    plaintiff who is sort of unrelated to us with different counsel

17    and so forth.

18              But if both cases go, they can take anywhere

19    from two to three weeks.

20         THE COURT:  Well, this is what I'm going to do, I

21    will leave the dates I have set but with the proviso, you are

22    going to come back here for the hearing in regards to personal

23    jurisdiction anyway on April the 22nd.

24              We will see at that point in time if the trial

25    in front of Judge Snyder is actually going to go, because I

1    have questions about that.  But who knows, maybe in the best of

2    all possible worlds, everybody is going to get the vaccine and

3    the vaccine is going to work wonderfully and we're going to be

4    restarting jury trials.

5              I understand, Judge Snyder, because she's a

6    senior judge, she won't have the priority of having criminal

7    jury trials in front of her civil jury trials, so, she might be

8    able to do it.

9              But we will see on April 22nd, if it looks

10   like it's going to go forward, then I will continue the

11   briefing schedule that I have given you today, okay?

12             MR. ALMADANI:  Thank you, Your Honor.

13             MR. ZDORJESKI:  Thank you very much.

14             THE COURT:  Gentlemen, what else do we need to talk

15   about?

16             MR. ALMADANI:  We have nothing further.

17             Happy New Year.

18             THE COURT:  Have a happy new year, stay safe.  Too

19   bad that you can't fly to England, that would be wonderful.

20             MR. ZDORJERSKI:  We would have actually liked to do

21   it ourselves, Your Honor.

22             THE COURT:  Have a very nice day.  And also you

23   might start with your clients and see about disposing of this

24   case, and see if you can settle earlier, and that way everybody

25   will be happy.

1          MR. ZDORJESKI:  We will explore that, Your Honor.

2          THE COURT:  Everybody, have a very nice day.

3          MR. ZDORJESKI:  Thank you, Your Honor.

4          (The proceedings concluded at 9:06 a.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**UNITED STATES DISTRICT COURT**

1 **CERTIFICATE OF OFFICIAL REPORTER**

2

3 COUNTY OF LOS ANGELES   )
                          )
4 STATE OF CALIFORNIA     )

5

6          I, TERRI A. HOURIGAN, Federal Official Realtime

7 Court Reporter, in and for the United States District Court for

8 the Central District of California, do hereby certify that

9 pursuant to Section 753, Title 28, United States Code that the

10 foregoing is a true and correct transcript of the

11 stenographically reported proceedings held in the

12 above-entitled matter and that the transcript page format is in

13 conformance with the regulations of the judicial conference of

14 the United States.

15

16 Date:  January 4, 2021

17

18

19                         /s/ TERRI A. HOURIGAN
                          _____
20                         TERRI A. HOURIGAN, CSR NO. 3838, RPR, CRR
                             Federal Official Court Reporter
21

22

23

24

25

## /

/s [1] - 23:19

## 1

10036 [1] - 3:14
1114 [1] - 3:14
11th [1] - 7:17
12 [1] - 7:24
12th [1] - 8:1
14742 [1] - 3:9
15th [1] - 5:18
16th [1] - 19:21
1750 [1] - 3:17
19th [1] - 7:19
1st [2] - 7:23, 19:19

## 2

20-3332-GW [1] - 1:18
20-4658-GW [1] - 1:12
20-4659-GW [1] - 1:7
2020 [2] - 2:2, 4:1
2021 [1] - 23:16
213 [1] - 2:13
22nd [3] - 8:2, 20:23, 21:9
250 [1] - 3:5
25th [1] - 7:10
28 [2] - 2:2, 23:9
2nd [1] - 5:21

## 3

30 [1] - 4:1
30(b)(6 [12] - 8:19, 8:21, 8:23, 8:24, 8:25, 10:4, 10:10, 10:18, 16:24, 18:2, 18:5, 18:6
30(b)(6) [1] - 8:12
30th [4] - 5:10, 5:13, 19:20, 19:22
350 [1] - 2:12
3838 [2] - 2:11, 23:20
3rd [1] - 5:14

## 4

4 [1] - 23:16
40th [1] - 3:14
410 [1] - 3:9
4311 [1] - 2:12
4343 [1] - 3:5

## 5

5 [1] - 10:22
500 [1] - 3:17
5th [3] - 5:4, 7:11, 7:16

## 6

6th [1] - 3:14

## 7

753 [1] - 23:9

## 8

894-2849 [1] - 2:13
8:30 [2] - 2:2, 4:2

## 9

90 [1] - 17:10
90012 [1] - 2:12
90638 [1] - 3:9
92660 [1] - 3:6
95814 [1] - 3:18
9:06 [1] - 22:4

## A

A.M [2] - 2:2, 4:2
a.m [1] - 22:4
ability [1] - 10:17
able [4] - 12:21, 16:13, 19:1, 21:8
above-entitled [1] - 23:12
absolutely [1] - 11:11
accompany [1] - 6:10
acting [2] - 15:6, 16:15
add [2] - 15:15, 18:16
additional [2] - 10:11, 17:23
address [1] - 6:16
adequately [1] - 16:7
admission [3] - 6:8, 6:15, 6:22
admissions [3] - 5:4, 5:23, 6:9
admitted [1] - 6:22
agree [2] - 9:10, 9:11
agreed [1] - 5:23
agreeing [1] - 18:22
agreement [1] - 12:22

Ahmed [2] - 4:12, 4:14
AHMED [1] - 3:4
AI [1] - 3:4
aibrahim@ ailawfirm.com [1] - 3:6
al [2] - 1:14, 1:20
allow [2] - 9:15, 11:20
ALMADANI [25] - 3:7, 3:8, 4:10, 4:23, 5:6, 5:12, 6:3, 6:14, 6:19, 8:7, 8:10, 9:20, 10:16, 14:13, 15:10, 15:16, 16:22, 17:5, 18:1, 18:12, 19:23, 20:9, 20:13, 21:12, 21:16
Almadani [7] - 4:11, 12:10, 14:14, 15:10, 19:23, 20:2, 20:3
alter [1] - 19:14
ANGELES [4] - 2:3, 2:12, 4:1, 23:3
answer [4] - 6:11, 14:12, 14:15, 17:13
answers [1] - 16:15
antagonize [1] - 13:5
anyway [3] - 16:10, 18:8, 20:23
apologize [1] - 5:6
apologized [2] - 12:10
APPEARANCES [1] - 3:1
appreciate [2] - 15:19, 15:22
approach [1] - 14:6
approached [1] - 16:13
April [5] - 7:22, 7:25, 8:2, 20:23, 21:9
areas [1] - 18:6
aspect [1] - 18:11
assist [1] - 13:1
attention [2] - 12:9, 19:2
Attorney [4] - 3:5, 3:8, 3:13, 3:17
attorneys [1] - 16:12
August [2] - 19:21, 19:22
available [1] - 16:23
Avenue [2] - 3:5, 3:14
aware [1] - 10:5

## B

bad [1] - 21:19
bag [1] - 14:8
basing [1] - 6:12
basis [1] - 19:11
Beach [2] - 3:6, 3:9
best [1] - 21:1
beyond [2] - 19:8
big [1] - 8:19
Boohoo [6] - 10:24, 11:6, 11:8, 11:9, 11:12, 11:13
Boohoo.com [1] - 4:7
BOOHOO.COM [1] - 1:20
books [1] - 8:9
Boulevard [1] - 3:9
bridge [1] - 15:5
brief [1] - 7:24
briefing [2] - 10:22, 21:11
bring [2] - 15:17, 19:2
busy [1] - 14:20
BY [4] - 3:4, 3:8, 3:13, 3:16

## C

CALIFORNIA [5] - 1:2, 2:3, 2:12, 4:1, 23:4
California [4] - 3:6, 3:9, 3:18, 23:8
capacity [1] - 10:10
Capitol [1] - 3:17
care [1] - 7:3
case [7] - 5:9, 11:10, 13:7, 13:24, 14:21, 20:15, 21:24
Case [3] - 1:7, 1:12, 1:18
cases [2] - 6:4, 20:18
cat [1] - 14:7
Catto [12] - 8:5, 8:14, 8:22, 9:1, 9:12, 10:3, 10:9, 10:17, 10:21, 11:16, 16:20, 18:7
CCRR [1] - 2:11
Central [1] - 23:8
CENTRAL [1] - 1:2
CERTIFICATE [1] - 23:1
certification [2] - 19:13, 19:18
certify [1] - 23:8
cetera [3] - 14:23, 15:7, 16:9

characterize [1] - 11:8
chased [1] - 17:6
cited [1] - 6:3
civil [1] - 21:7
class [2] - 19:13, 19:18
clear [3] - 10:6, 18:3, 19:4
client's [1] - 19:9
clients [1] - 21:23
co [2] - 4:11, 20:2
co-counsel [2] - 4:11, 20:2
Code [1] - 23:9
colleague [1] - 4:18
company [1] - 10:25
concerned [4] - 5:1, 8:3, 9:1, 16:20
conclude [1] - 17:21
concluded [1] - 22:4
conclusion [3] - 9:13, 9:14, 17:17
confer [3] - 7:9, 12:16, 14:9
CONFERENCE [1] - 2:1
conference [3] - 9:8, 12:19, 23:13
conformance [1] - 23:13
consistent [1] - 9:15
consolidated [1] - 20:15
contained [1] - 15:2
continue [1] - 21:10
continuing [1] - 12:15
control [2] - 19:8, 19:9
copy [1] - 16:2
correct [4] - 6:2, 6:18, 8:10, 23:10
cost [1] - 17:19
COUNSEL [1] - 3:1
counsel [10] - 4:11, 5:21, 8:13, 9:19, 15:14, 16:3, 18:15, 20:2, 20:16
counsel's [1] - 8:14
country [1] - 8:18
COUNTY [1] - 23:3
course [1] - 15:25
Court [26] - 6:20, 9:10, 10:11, 10:25, 11:16, 12:8, 12:11, 12:13, 12:17, 13:1, 13:3, 13:5, 13:8, 13:17, 13:18, 14:6, 14:15, 14:22, 14:23,

19:2, 19:12, 20:10, 20:11, 23:7, 23:20
**COURT** [37] - 1:1, 2:11, 4:6, 4:13, 4:16, 4:19, 4:25, 5:9, 5:13, 6:5, 6:17, 7:1, 8:8, 8:11, 9:7, 9:18, 9:22, 10:13, 11:18, 12:1, 13:10, 14:18, 15:11, 15:23, 17:2, 17:14, 18:4, 18:15, 19:6, 19:25, 20:6, 20:11, 20:20, 21:14, 21:18, 21:22, 22:2
**Court's** [4] - 10:20, 11:24, 13:21, 19:2
**Courts** [2] - 12:14, 12:23
**cover** [5] - 7:5, 15:21, 16:25, 18:6
**covers** [1] - 6:25
**criminal** [1] - 21:6
**cross** [5] - 7:19, 7:20, 7:22, 7:25, 8:1
**CRR** [1] - 23:20
**CSR** [2] - 2:11, 23:20
**current** [1] - 11:8
**customarily** [1] - 12:24
**CV** [3] - 1:7, 1:12, 1:18

**D**

**Date** [1] - 23:16
**date** [1] - 20:10
**dates** [3] - 7:8, 18:22, 20:21
**days** [1] - 19:10
**deal** [1] - 8:19
**December** [2] - 5:10, 5:13
**DECEMBER** [1] - 2:2
**decided** [1] - 9:24
**declaration** [4] - 8:15, 8:16, 8:17, 18:8
**DEFENDANT** [1] - 3:11
**defendant** [1] - 4:18
**Defendant** [2] - 1:15, 1:21
**defendants** [5] - 5:14, 5:16, 9:6, 10:17, 11:1
**Defendants** [1] - 1:9
**defense** [9] - 4:16, 8:13, 8:14, 8:15, 8:22, 9:2, 16:3, 17:20, 18:15
**deponent** [2] - 10:4,

16:4
**deponents** [1] - 17:6
**depose** [3] - 10:14, 11:21, 16:23
**deposed** [2] - 8:17, 8:22
**deposition** [10] - 9:3, 9:12, 9:13, 9:15, 10:8, 10:12, 11:23, 15:25, 16:9, 16:24
**depositions** [5] - 8:3, 8:5, 9:23, 10:19, 17:10
**designate** [5] - 8:22, 8:23, 10:17, 17:1
**desire** [1] - 13:5
**determination** [2] - 13:16, 13:20
**determining** [1] - 11:12
**difference** [1] - 8:25
**different** [2] - 17:12, 20:16
**director** [2] - 10:24, 11:9
**discovery** [14] - 4:21, 4:24, 4:25, 5:17, 7:13, 7:18, 9:13, 9:14, 9:15, 12:20, 12:21, 13:11, 13:21, 14:10
**discretion** [1] - 10:11
**discuss** [1] - 14:4
**discussed** [2] - 13:13, 14:7
**disposed** [1] - 8:19
**disposing** [1] - 21:23
**dispute** [2] - 5:24, 12:21
**disputed** [1] - 14:5
**disputes** [2] - 7:13, 13:11
**DISTRICT** [3] - 1:1, 1:2, 1:3
**District** [2] - 23:7, 23:8
**DIVISION** [1] - 1:2
**document** [2] - 7:13, 7:15
**documents** [5] - 5:3, 5:25, 11:17, 16:9, 18:18
**done** [7] - 5:10, 6:20, 6:21, 6:24, 14:1, 14:2
**down** [1] - 15:3
**during** [1] - 15:24
**duty** [1] - 12:16

**E**

**early** [1] - 20:4

**educate** [1] - 10:3
**efficiently** [1] - 13:6
**effort** [1] - 12:20
**either** [3] - 6:11, 14:5, 17:18
**elaborate** [1] - 20:3
**elected** [1] - 8:15
**emphasized** [1] - 13:3
**emphatically** - 13:3
**employee** [1] - 11:8
**employees** [2] - 11:5, 11:6
**encompass** [1] - 10:18
**end** [3] - 7:19, 13:15, 20:14
**England** [3] - 9:3, 18:25, 21:19
**entitled** [1] - 23:12
**error** [2] - 12:4, 12:11
**establishing** [2] - 9:16, 10:7
**et** [7] - 1:14, 1:20, 14:23, 15:7, 16:9
**EVERSHEDS** [2] - 3:12, 3:16
**evidentiary** [1] - 19:11
**exact** [1] - 20:10
**Exhibit** [1] - 11:4
**expect** [1] - 20:4
**experience** [2] - 17:6, 17:10
**explaining** [1] - 12:25
**explore** [1] - 22:1
**extra** [1] - 15:22

**F**

**face** [1] - 12:17
**fact** [2] - 6:11, 13:10
**fair** [1] - 11:15
**faith** [4] - 15:6, 16:15, 18:22, 18:25
**false** [1] - 11:10
**familiar** [2] - 13:24
**FARIH** [1] - 1:16
**faster** [2] - 14:1, 15:7
**February** [5] - 5:14, 5:21, 7:11, 7:16
**Federal** [3] - 12:14, 23:6, 23:20
**federal** [1] - 13:22
**FEDERAL** [1] - 2:11
**file** [8] - 5:2, 5:14, 5:16, 6:9, 7:12, 7:22,

12:24, 14:10
**filed** [10] - 4:21, 4:23, 5:18, 7:7, 7:15, 7:25, 8:17, 18:21, 19:19, 19:20
**filing** [3] - 11:2, 12:3
**filings** [2] - 13:4
**finally** [1] - 4:19
**fine** [1] - 7:3
**finish** [1] - 14:25
**first** [1] - 12:5
**FIRST** [2] - 2:12
**five** [4] - 5:23, 6:18, 6:25, 16:4
**five-minute** [1] - 16:4
**flexible** [1] - 19:10
**Floor** [1] - 3:14
**fly** [1] - 21:19
**followed** [1] - 9:13
**following** [1] - 9:8
**FOR** [2] - 3:3, 3:11
**foregoing** [1] - 23:10
**form** [1] - 6:23
**format** [1] - 23:12
**forth** [2] - 14:2, 20:17
**forward** [1] - 21:10
**frankly** [5] - 13:11, 14:20, 14:24, 16:7, 16:14
**front** [5] - 20:6, 20:8, 20:9, 20:25, 21:7
**full** [1] - 6:22
**functions** [1] - 10:4
**future** [1] - 13:9

**G**

**game** [1] - 11:15
**generally** [1] - 14:3
**gentlemen** [2] - 9:23, 21:14
**GEORGE** [1] - 1:3
**given** [2] - 18:8, 21:11
**granting** [1] - 15:19
**ground** [1] - 16:25
**guess** [3] - 6:1, 13:2, 13:19
**guys** [2] - 14:18, 15:11

**H**

**handle** [2] - 13:6, 13:9
**happier** [1] - 15:8
**happy** [2] - 21:18, 21:25
**Happy** [1] - 21:17
**harder** [1] - 16:12

**Harry** [2] - 8:8, 17:25
**HAYA** [1] - 1:11
**heard** [3] - 9:6, 9:25, 19:24
**hearing** [4] - 7:16, 8:2, 19:21, 20:22
**held** [1] - 23:11
**hereby** [1] - 23:8
**herself** [1] - 11:9
**Hilton** [1] - 4:7
**HILTON** [1] - 1:11
**hold** [1] - 7:16
**Honor** [40] - 4:10, 4:14, 4:15, 5:6, 5:12, 6:3, 6:14, 6:19, 8:7, 8:10, 9:8, 9:20, 10:1, 10:16, 11:2, 11:4, 11:15, 11:24, 12:2, 12:13, 14:13, 15:9, 15:16, 15:18, 15:19, 16:22, 16:24, 17:5, 18:1, 18:3, 18:12, 18:17, 18:21, 20:1, 20:10, 20:14, 21:12, 21:21, 22:1, 22:3
**HONORABLE** [1] - 1:3
**hour** [1] - 15:22
**HOURIGAN** [4] - 2:11, 23:6, 23:19, 23:20
**hours** [14] - 11:23, 15:19, 15:21, 15:23, 15:25, 16:19, 16:21, 16:23, 16:25, 17:4, 17:15, 17:24, 18:4, 18:9

**I**

**IAN** [1] - 3:16
**Ian** [1] - 4:18
**IanShelton@ eversheds** - 3:18
**IanShelton@ eversheds- sutherland.com** [1] - 3:18
**Ibraham** [1] - 4:14
**IBRAHIM** [4] - 3:4, 4:14, 20:1, 20:8
**Ibrahim** [1] - 4:12
**illusory** [1] - 16:1
**imagine** [1] - 17:3
**impeaches** [1] - 11:16
**impediment** [1] - 19:8
**impose** [1] - 17:19
**INC** [3] - 1:8, 1:14,

1:20
**included** [2] - 11:5, 14:17
**includes** [1] - 6:18
**including** [1] - 11:17
**incorrect** [1] - 12:7
**indeed** [2] - 9:9, 12:2
**independent** [1] - 8:24
**indicated** [4] - 7:8, 10:2, 12:19, 14:15
**individual** [1] - 10:9
**indulgence** [1] - 11:25
**information** [1] - 15:21
**initial** [1] - 7:24
**insofar** [6] - 4:25, 7:7, 8:3, 8:21, 9:1, 16:20
**instance** [1] - 12:18
**instances** [1] - 12:23
**intend** [2] - 6:13, 19:1
**intention** [1] - 10:3
**interrogatories** [2] - 5:4, 5:24
**interrogatory** [4] - 6:10, 6:16, 6:24, 7:4
**involved** [2] - 13:15, 14:21
**issue** [4] - 6:16, 11:22, 13:9, 18:14
**issues** [3] - 7:21, 11:21, 12:16

**J**

**January** [4] - 5:4, 5:18, 7:9, 23:16
**joined** [1] - 4:11
**joint** [2] - 4:19, 12:5
**JUDGE** [1] - 1:3
**Judge** [7] - 12:12, 14:6, 14:11, 20:9, 20:25, 21:5
**judge** [4] - 13:12, 13:16, 17:7, 21:6
**judge's** [1] - 13:20
**judicial** [1] - 23:13
**July** [2] - 19:19, 19:20
**June** [1] - 20:4
**jurisdiction** [12] - 5:1, 7:20, 9:17, 10:7, 10:15, 10:25, 11:12, 11:22, 17:3, 17:15, 18:10, 20:23
**jurisdictional** [2] - 7:18, 12:21

**jury** [5] - 20:11, 20:13, 21:4, 21:7
**juxtaposed** [1] - 10:22

**K**

**Karman** [1] - 3:5
**key** [1] - 11:11
**KHAN** [1] - 1:16
**Khan** [1] - 4:6
**kind** [1] - 8:19
**knows** [1] - 21:1

**L**

**last** [5] - 9:9, 12:18, 15:13, 19:13, 19:14
**LAW** [2] - 3:4, 3:7
**Law** [4] - 3:5, 3:8, 3:13, 3:17
**least** [2] - 6:8, 11:22
**leave** [1] - 20:21
**Lee** [1] - 4:7
**LEE** [1] - 1:5
**left** [1] - 15:13
**less** [1] - 16:1
**light** [1] - 18:24
**limit** [2] - 10:19, 11:23
**limitations** [1] - 9:16
**limited** [1] - 13:21
**LLP** [2] - 3:12, 3:16
**look** [2] - 4:19, 16:2
**looks** [1] - 21:9
**LOS** [4] - 2:3, 2:12, 4:1, 23:3

**M**

**magistrate** [3] - 13:12, 13:16, 13:20
**Magistrate** [2] - 14:6, 14:11
**major** [1] - 8:16
**Mall** [1] - 3:17
**March** [1] - 7:19
**marketing** [3] - 10:24, 11:9, 11:10
**materials** [1] - 16:8
**matter** [2] - 14:11, 23:12
**matters** [2] - 4:6, 14:5
**McGonagle** [14] - 8:5, 8:11, 8:18, 8:24, 10:8, 10:14, 10:18, 10:20, 10:23, 11:7, 11:21, 12:5, 15:19, 15:20

**mean** [1] - 19:9
**meet** [5] - 7:9, 12:16, 14:9, 19:1, 19:5
**mentioned** [1] - 12:5
**merely** [1] - 9:16
**might** [5] - 16:6, 16:13, 17:19, 21:7, 21:23
**minute** [1] - 16:4
**Mirada** [1] - 3:9
**moments** [1] - 14:5
**MONDAY** [2] - 2:2, 4:1
**morning** [1] - 4:10
**motion** [1] - 19:18
**motions** [3] - 7:19, 7:20, 7:22
**moved** [1] - 20:1
**movies** [1] - 17:25
**MR** [38] - 4:10, 4:14, 4:17, 4:23, 5:6, 5:12, 6:3, 6:14, 6:19, 8:7, 8:10, 9:5, 9:8, 9:20, 9:25, 10:16, 11:24, 12:2, 14:13, 15:9, 15:10, 15:16, 16:22, 17:5, 18:1, 18:12, 18:17, 19:23, 20:1, 20:8, 20:9, 20:13, 21:12, 21:13, 21:16, 21:20, 22:1, 22:3
**multiple** [1] - 13:4

**N**

**name** [2] - 8:6, 8:8
**narrow** [2] - 9:15, 12:16
**NastyGal.com** [1] - 4:8
**NASTYGAL.COM** [1] - 1:8
**nature** [1] - 18:8
**necessary** [4] - 10:7, 10:8, 10:12, 18:23
**need** [4] - 16:25, 17:6, 18:18, 21:14
**new** [1] - 21:18
**New** [3] - 3:14, 21:17
**Newport** [1] - 3:6
**nice** [2] - 21:22, 22:2
**nine** [2] - 7:5, 8:1
**NO** [2] - 2:11, 23:20
**nonresponsive** [1] - 17:11
**normally** [2] - 6:8, 13:11
**note** [2] - 9:11, 18:19
**nothing** [1] - 21:16
**notice** [1] - 12:24

**NOVEMBER** [1] - 4:1
**number** [6] - 5:24, 5:25, 6:4, 10:21, 11:5, 11:17

**O**

**objection** [2] - 9:2, 9:11
**objections** [8] - 5:17, 5:18, 7:7, 8:14, 8:17, 15:24, 16:4, 17:8
**obligations** [2] - 19:1, 19:5
**obstreperous** [1] - 17:18
**obviously** [7] - 8:21, 10:11, 13:19, 14:4, 18:6, 19:9, 19:15
**OF** [6] - 1:2, 2:1, 3:1, 23:1, 23:3, 23:4
**offer** [2] - 12:19, 12:25
**offered** [2] - 10:16, 10:21
**Official** [2] - 23:6, 23:20
**OFFICIAL** [2] - 2:11, 23:1
**OLIVIA** [1] - 1:5
**once** [1] - 14:25
**one** [11] - 6:15, 6:24, 7:3, 7:4, 9:10, 12:2, 13:10, 13:16, 15:22, 18:17, 19:13
**ones** [1] - 18:7
**oOo** [1] - 4:3
**opposition** [2] - 11:4, 19:20
**order** [2] - 10:11, 18:19
**otherwise** [1] - 16:18
**ourselves** [1] - 21:21

**P**

**page** [2] - 10:22, 23:12
**pages** [2] - 7:25, 8:2
**pandemic** [1] - 18:24
**papers** [2] - 11:19, 18:22
**part** [1] - 12:3
**particular** [2] - 12:18, 13:23
**parties** [5] - 7:9, 7:12, 12:15, 14:4
**parts** [1] - 5:15
**party** [1] - 13:17
**past** [1] - 6:21

**people** [2] - 11:13, 11:14
**percent** [1] - 17:10
**perform** [1] - 10:4
**personal** [9] - 5:1, 7:20, 9:17, 10:14, 11:22, 17:2, 17:15, 18:10, 20:22
**place** [1] - 18:19
**Plaintiff** [3] - 1:6, 1:12, 1:17
**plaintiff** [8] - 4:9, 4:11, 4:21, 6:1, 6:13, 8:4, 10:3, 20:16
**PLAINTIFF** [1] - 3:3
**plaintiff's** [4] - 5:21, 9:18, 15:13, 15:14
**plaintiffs** [9] - 4:15, 5:2, 5:22, 9:9, 10:13, 12:4, 12:20, 13:5, 19:24
**PLC** [7] - 3:4, 10:24, 11:6, 11:8, 11:9, 11:12, 11:13
**plenty** [1] - 18:9
**point** [8] - 4:20, 7:12, 7:14, 7:21, 15:3, 15:15, 19:4, 20:24
**pointed** [1] - 12:4
**points** [1] - 11:25
**position** [1] - 10:23
**possible** [1] - 21:2
**Potter** [2] - 8:9, 17:25
**practiced** [1] - 12:15
**practicing** [1] - 6:9
**practitioner** [1] - 12:13
**prepare** [1] - 16:7
**presentation** [1] - 19:12
**presume** [6] - 4:21, 5:2, 6:17, 15:6, 16:14, 16:15
**pretty** [1] - 13:24
**PRETTYLITTLETHI NG.COM** [1] - 1:14
**Prettylittlething. com** [1] - 4:7
**pricing** [1] - 11:10
**priority** [1] - 21:6
**problem** [5] - 9:19, 9:21, 13:12, 14:3, 19:11
**problematic** [1] - 16:6
**proceedings** [2] - 22:4, 23:11
**production** [6] - 5:3, 5:19, 5:25, 9:11, 16:9,

18:18
**proffer** [1] - 8:16
**pronounce** [1] - 8:6
**proof** [1] - 19:7
**protective** [1] - 18:19
**provide** [1] - 6:23
**provided** [1] - 5:20
**proviso** [1] - 20:21
**public** [1] - 11:17
**purposes** [3] - 10:7, 10:14, 18:18
**pursuant** [1] - 23:9
**putting** [1] - 15:3

## Q

**questions** [2] - 17:22, 21:1
**quicker** [1] - 13:15

## R

**raised** [1] - 16:3
**reach** [1] - 12:22
**realize** [1] - 14:19
**really** [2] - 10:6, 15:18
**Realtime** [1] - 23:6
**reason** [2] - 13:14, 20:1
**reasoning** [1] - 6:23
**recollect** [1] - 16:5
**recollection** [2] - 14:24, 15:1
**record** [2] - 15:2, 18:3
**refer** [1] - 15:4
**regard** [1] - 11:21
**regarding** [1] - 4:25
**regards** [3] - 7:19, 14:5, 20:22
**regret** [1] - 12:7
**regular** [1] - 12:13
**regularly** [1] - 12:15
**regulations** [1] - 23:13
**remember** [2] - 14:20, 14:22
**remote** [1] - 9:12
**renders** [1] - 15:25
**repeating** [1] - 11:18
**repetitious** [1] - 17:22
**reply** [1] - 19:21
**report** [3] - 4:20, 11:14, 12:6
**reported** [1] - 23:11
**reporter** [1] - 15:2
**REPORTER** [2] - 2:11, 23:1

**Reporter** [2] - 23:7, 23:20
**REPORTER'S** [1] - 2:1

**reports** [1] - 11:13
**represent** [1] - 4:15
**representation** [1] - 12:8
**represented** [1] - 12:5
**request** [4] - 5:4, 6:8, 6:14, 6:21
**requested** [1] - 13:20
**requests** [7] - 4:22, 4:24, 5:3, 5:17, 5:23, 5:25, 6:9
**require** [5] - 5:2, 5:5, 5:9, 5:16, 6:15
**resolve** [3] - 7:11, 12:20, 14:10
**resolved** [1] - 15:8
**response** [5] - 6:12, 7:25, 8:1
**responses** [4] - 5:19, 5:20, 6:12
**responsive** [1] - 17:13
**restarting** [1] - 21:4
**review** [3] - 13:18, 13:20, 13:21
**Ron** [2] - 4:17, 9:5
**RONALD** [1] - 3:13
**ronzdrojeski@ eversheds** [1] - 3:15
**ronzdrojeski@ eversheds-sutherland.com** [1] - 3:15
**ROOM** [1] - 2:12
**round** [1] - 16:13
**round-about** [1] - 16:13
**RPR** [1] - 23:20
**rules** [1] - 13:22
**run** [1] - 14:1

## S

**Sacramento** [1] - 3:18
**safe** [1] - 21:18
**schedule** [1] - 21:11
**SCOTT** [1] - 3:16
**secondly** [2] - 12:12, 18:21
**Section** [1] - 23:9
**see** [5] - 17:22, 20:24, 21:9, 21:23, 21:24
**send** [1] - 13:11

**senior** [1] - 21:6
**seriously** [1] - 8:14
**set** [2] - 5:3, 20:21
**settle** [1] - 21:24
**seven** [3] - 16:23, 16:25, 17:4
**Shelton** [1] - 4:18
**SHELTON** [1] - 3:16
**sides** [5] - 7:2, 7:21, 7:22, 15:6, 15:11
**silence** [1] - 16:5
**single** [2] - 7:12, 7:15
**situation** [3] - 13:22, 13:23, 18:25
**six** [5] - 17:12, 17:15, 17:24, 18:4, 18:9
**Snyder** [3] - 20:9, 20:25, 21:5
**sometimes** [3] - 16:12, 17:6, 17:11
**sort** [3] - 15:24, 17:13, 20:16
**specifically** [1] - 14:21
**standard** [2] - 6:23, 8:20
**start** [1] - 21:23
**starting** [1] - 20:3
**state** [2] - 6:11, 10:23
**STATE** [1] - 23:4
**statement** [1] - 7:13
**statements** [1] - 10:21
**States** [3] - 23:7, 23:9, 23:14
**STATES** [1] - 1:1
**status** [2] - 4:20, 12:25
**STATUS** [1] - 2:1
**stay** [1] - 21:18
**stenographically** [1] - 23:11
**stop** [4] - 11:18, 14:18, 15:11
**STREET** [1] - 2:12
**strenuous** [1] - 9:2
**stuff** [3] - 13:14, 14:20, 17:15
**submitted** [1] - 8:15
**substance** [1] - 15:18
**sufficient** [1] - 10:10
**suggested** [2] - 9:9, 10:2
**suitably** [1] - 9:15
**Suite** [3] - 3:5, 3:9, 3:17
**supplemental** [2] -

12:3
**support** [1] - 6:4
**supposed** [1] - 14:4
**SUTHERLAND** [2] - 3:12, 3:16
**sutherland.com** [2] - 3:15, 3:18

## T

**table** [2] - 19:14, 20:2
**technically** [2] - 13:21, 14:9
**telephonically** [1] - 7:9
**ten** [3] - 6:2, 6:5, 6:17
**terms** [4] - 11:7, 11:11, 16:24, 18:2
**TERRI** [4] - 2:11, 23:6, 23:19, 23:20
**THE** [37] - 3:3, 3:11, 4:6, 4:13, 4:16, 4:19, 4:25, 5:9, 5:13, 6:5, 6:17, 7:1, 8:8, 8:11, 9:7, 9:18, 9:22, 10:13, 11:18, 12:1, 13:10, 14:18, 15:11, 15:23, 17:2, 17:14, 18:4, 18:15, 19:6, 19:25, 20:6, 20:11, 20:20, 21:14, 21:18, 21:22, 22:2
**themselves** [1] - 5:20
**three** [5] - 8:4, 9:23, 20:5, 20:15, 20:19
**timing** [1] - 13:13
**Title** [1] - 23:9
**today** [1] - 21:11
**together** [1] - 4:17
**took** [1] - 4:19
**top** [1] - 11:1
**topics** [2] - 7:5, 18:6
**transcript** [3] - 16:2, 23:10, 23:12
**TRANSCRIPT** [1] - 2:1
**trial** [6] - 20:4, 20:7, 20:11, 20:12, 20:13, 20:24
**trials** [3] - 21:4, 21:7
**true** [1] - 23:10
**try** [1] - 12:20
**trying** [2] - 15:17, 16:5
**two** [16] - 5:15, 9:9, 9:24, 10:19, 11:23, 11:25, 15:19, 15:21,

15:23, 15:25, 16:18, 17:25, 18:17, 20:4, 20:14, 20:19

## U

**U.S** [3] - 1:3, 10:24, 11:9
**under** [2] - 12:15, 15:4
**unhappy** [1] - 13:17
**unilateral** [2] - 11:2, 13:4
**United** [3] - 23:7, 23:9, 23:14
**UNITED** [1] - 1:1
**unless** [1] - 6:11
**unrelated** [1] - 20:16
**up** [3] - 5:14, 15:17, 20:15
**US** [2] - 3:12, 3:16
**USA** [3] - 1:8, 1:14, 1:20

## V

**vaccine** [2] - 21:2, 21:3
**value** [1] - 17:22
**versus** [3] - 4:6, 4:7
**video** [3] - 9:3, 9:12
**Von** [1] - 3:5
**voted** [1] - 16:22
**vs** [3] - 1:7, 1:13, 1:19

## W

**wants** [2] - 6:20, 8:4
**wasted** [1] - 17:17
**water** [1] - 15:4
**Wednesday** [1] - 5:11
**week** [1] - 9:9
**week's** [1] - 12:19
**weeks** [3] - 20:5, 20:14, 20:19
**WEST** [1] - 2:12
**WESTERN** [1] - 1:2
**wish** [1] - 10:19
**witness** [3] - 11:11, 17:11, 18:5
**wonderful** [1] - 21:19
**wonderfully** [1] - 21:3
**words** [1] - 18:5
**works** [1] - 11:13
**worlds** [1] - 21:2
**worry** [1] - 15:4
**WU** [1] - 1:3

**Y**

**Yasin** [4] - 4:10,
14:13, 15:10, 19:23
**YASIN** [1] - 3:8
**Year** [1] - 21:17
**year** [1] - 21:18
**yma@lawalm.com**
[1] - 3:10
**York** [2] - 3:14
**yourself** [1] - 11:19

**Z**

**ZDORJERSKI** [1] -
21:20
**ZDORJESKI** [11] -
4:17, 9:5, 9:8, 9:25,
11:24, 12:2, 15:9,
18:17, 21:13, 22:1,
22:3
**Zdorjeski** [3] - 4:17,
9:5, 14:16
**Zdorjeski's** [1] -
14:16
**ZDROJESKI** [1] -
3:13

UNITED STATES DISTRICT COURT